**Theresa Small SMITH, Appellant**

v.

**Ann SMYTH, et al., Appellees.**

**No. 07–5259.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 30, 2007.

Theresa Small Smith, Washington, DC, pro se.

BEFORE: SENTELLE, RANDOLPH, and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed June 18, 2007, and October 15, 2007, be affirmed. The district court properly dismissed this action as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B); *Denton v. Hernandez,* 504 U.S. 25, 32–33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992) (court may dismiss a claim as frivolous if the facts alleged are "clearly

baseless"). Moreover, the district court did not abuse its discretion in denying reconsideration of the dismissal of the case. *See Firestone v. Firestone,* 76 F.3d 1205, 1208 (D.C.Cir.1996).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.